Alexis B. Djivre, State Bar No. 245138
LAW OFFICE OF ALEXIS DJIVRE
1155 North Central Avenue, Suite 201
Glendale, CA  91202
(213) 700-3436 (Phone) / (213) 279-2009 (Fax)
alexisdjivre@gmail.com

*Attorneys for Plaintiff*
GAVIN DENTICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN DENTICE, a minor, by and through his Guardian ad Litem, TAMMIE DENTICE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; JOSE J. BALERDI, JR., an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. **NEGLIGENCE (FTCA)**<br>2. **NEGLIGENCE (Non-FTCA)**<br>3. **NEGLIGENCE PER SE**<br><br>**JURY TRIAL DEMANDED**<br>(As to Non-FTCA Claims) |

**COMES NOW** the Plaintiff, Gavin Dentice, a Minor, by and thought his Guardian ad Litem, Tammie Dentice, and his attorneys, Alexis Djivre of the Law Office of Alexis Djivre, and for his causes of action against the Defendants herein, state and allege the following:

**I.   INTRODUCTION**

1.   Gavin Dentice brings this action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 1401(b), 2401(b) and 2672-2680 ("FTCA") against the United States of America, acting through its agency, the United States Postal Service for the negligent acts and/or omissions of their officers, officials, agents and/or employees, that resulted in injury and damage to Plaintiff Gavin

Dentice at approximately 5:15 p.m. on September 30, 2019 in the city of Simi Valley, in the County of Los Angeles, State of California. On that date, Jose J. Balerdi, Jr. was driving a United States Postal Service truck, when he struck Plaintiff, who was lawfully crossing the street. The Defendants' negligence was a substantial factor in causing Plaintiff's injuries and damages.

## II. JURISDICTION

2.  This action is brought pursuant against the United States of America pursuant to 28 U.S.C. § 2671, et seq., commonly referred to as the "Federal Tort Claims Act." Liability of the United States of America is predicated specifically on 28 U.S.C. §§ 1346(b) and 2674 because the personal injuries and resulting damages that form the basis of this Complaint, were proximately caused by the negligence, wrongful acts and/or omissions of employees of the United States of America, through its agency, the United States Postal Service. These employees were acting within the course and scope of their office or employment, under circumstances where the United States of America, if a private person, would be liable to the Plaintiff in the same manner and to the same extent as a private individual under the laws of the State of California.

3.  Pursuant to 28 U.S.C. § 2675, the FTCA, this claim was presented to the United States Postal Service ("USPS") via Form SF-95 on or around March 11, 2020. Documents supporting the Plaintiffs injuries and damages were sent to the USPS on or about April 3, 2020. As of the date of the filing of this Complaint, the USPS has failed to respond, and thus, those claims were deemed denied by operation of law on May 18, 2020.

## III. VENUE

4.  Venue is proper pursuant to 28 U.S.C. § 1402 because at all times relevant, both Plaintiff and Defendant Jose J. Balderdi, Jr. resided in this district, and all of the wrongful acts and/or omissions complained of herein occurred in this judicial district.

## IV. PARTIES

### A. Plaintiff

5.  Plaintiff Gavin Dentice ("Plaintiff"), is and was at all times relevant to this claim, a resident of the City of Simi Valley, County of Los Angeles. Gavin is the son of Tammie Dentice, his Guardian ad Litem. Tammie Dentice is, and at all times relevant to this claim, was, a resident

of the City of Simi Valley, County of Los Angeles, Tammie Dentice, the mother of Plaintiff Gavin Dentice, is a proper personal representative and is applying to be appointed as Guardian ad Litem for Plaintiff.

**B. Defendants**

6. At all times relevant herein, the United States of America ("USA") is and was a sovereign nation, and exists under the Constitution and the laws enacted by the United States Congress. The United States Postal Service is an independent establishment of the Executive Branch of the Government of the United States pursuant to 39 U.S.C. § 201, and is organized and existing under the laws of the United States of America and the United States Constitution. Liability claims against the Postal Service are governed by the Federal Tort Claims Act, 39 U.S.C. § 409(c), whose provisions are set forth at 28 U.S.C. § 1346(b), 2401(b) and 2677-2680.

7. Upon information and belief, and all times material hereto, Jose J. Balerdi, Jr. ("Balerdi") is an individual who, at all times relevant herein, was residing in the City of Woodland Hills, County of Los Angeles, and was an employee of Defendant USPS. On September 30, 2019, in the course and scope of his employment, Balerdi negligently operated a USPS truck which struck and injured Plaintiff.

**C. Agency and Concert of Action**

8. At all times herein mentioned, Defendants, and each of them hereinabove, were the agents, servants, employees, partners, aiders and abettors, co-conspirators and/or joint venturers of each of the other Defendants named herein, and were at all times operating and acting within the purpose and scope of said agency, service, employment, partnership, enterprise, conspiracy and/or joint venture, and each Defendant has ratified and approved the acts of each of the remaining Defendants. Each of the Defendants aided and abetted, encouraged and rendered substantial assistance to the other Defendants in breaching their obligations to Plaintiff, as alleged herein. In taking action to aid and abet and substantially assist the commission of those wrongful acts and other wrongdoings complained of, as alleged herein, each of the Defendants acted with an awareness of his/her/its primary wrongdoing and realized that his/her/its conduct would substantially assist the accomplishment of the wrongful conduct, wrongful goals and wrongdoing.

IV. **GENERAL ALLEGATIONS**

9. On Monday, September 30, 2019, at approximately 5:15 p.m., Plaintiff was riding his skateboard southbound on the east sidewalk of Galena Avenue in Simi Valley, California.

10. On Monday, September 30, 2019, at approximately 5:15 p.m., Defendant Balerdi, an employee of the USPS, was acting in the course and scope of his employment, when he was traveling in a 1988 GMC Postal Truck (Plate No. CA 8202596) owned by the USPS. He was traveling westbound on Cochran Street in Simi Valley, California when he stopped at a red light at Galena Avenue.

11. As Plaintiff was approximately halfway between Darby and Cochran Streets, the light at Cochran turned green. When he reached the intersection of Cochran and Galena, he pressed the crosswalk button, and within approximately one second, the walk symbol appeared. He began crossing Galena westbound in the north crosswalk. He had only taken a couple of steps when he was struck by Defendant Balerdi.

12. Plaintiff sustained injuries from the collision to his head, neck, back, hips and left shin, in addition to emotional distress, stress, fear, anxiety, pain and suffering. He suffered femoral acetabular impingement syndrome, which caused him to walk with a lim. He also had pain radiating to his groin and had limited range of motion in his pelvis. Plaintiff underwent physical therapy, and for the remainder of the fall semester, he was unable to participate in physical education programs at his school. This left him feeling isolated and withdrawn. Before the incident, he was a happy, active teenager, who hung out with his friends, played guitar, hiked and rode his skateboard. He has become irritable and unhappy, and has stopped practicing and taking guitar lessons.

13. The Plaintiff is currently 15 years old. At the time of the incident, he was enrolled in a high school for the arts. He dropped out of his music and orchestra classes right after the collision, and a month later, unenrolled from the high school altogether. He is no longer the carefree teen he was prior to this incident, and no longer trusts motorists to follow the rules of the road.

/ / /

/ / /

/ / /

- 4 -
COMPLAINT FOR DAMAGES

## FIRST CAUSE OF ACTION - NEGLIGENCE

### (Against Defendant United States of America)

14. Plaintiff incorporates by reference each and every prior and subsequent allegation as though fully set forth herein.

15. At the time and place alleged hereinabove, while Plaintiff was legally walking in the pedestrian crosswalk, Defendant United States of America had a duty to Plaintiff to properly supervise Defendant Balerdi, as well as maintain the 2008 USPS truck he operated on the date of the incident. Defendant USA so negligently owned and maintained the aforementioned 2008 USPS truck, and so negligently entrusted it to Defendant Balerdi, who drove said truck causing it to collide with Plaintiff, resulting in him being knocked to the ground, thereby proximately causing the injuries and damages described herein.

16. Defendant USA's negligent entrustment of the USPS truck to Defendant Balerdi, and its failure to supervise Balerdi, were the proximate causes of the collision and the injuries and damages to Plaintiff described herein.

17. As detailed in Paragraphs 12 and 13 of this Complaint, Plaintiff suffered numerous physical and mental injuries.

18. As a proximate result of these injuries, Plaintiff has endured and will continue to endure great pain and suffering, and mental anguish.

19. Plaintiff has expended, and will continue to expend, large sums for medical expenses, and as a proximate result of the negligence of Defendants, and each of them, Plaintiff will continue to incur medical and incidental expenses, the exact amount of which is unknown to Plaintiff at this time.

## SECOND CAUSE OF ACTION - NEGLIGENCE

### (Against Defendant Jose J. Balerdi, Jr.)

20. All of the foregoing allegations are incorporated herein as though fully set forth in detail below.

21. At the time and place alleged hereinabove, while Plaintiff was legally walking in the pedestrian crosswalk, Defendant Jose J. Balerdi, Jr. negligently operated and drove the

aforementioned 2008 USPS truck into the intersection, so as to cause it to collide with Plaintiff, resulting in Plaintiff being knocked down, thereby causing the injuries and damages described herein.

22. Defendant Balerdi was negligent in failing to ensure the crosswalk was clear of pedestrians prior to making a right turn through the intersection of Galena Avenue and Cochran Street. He was further negligent in failing to be properly attentive and otherwise failing to act prudently under the circumstances, all of which negligence and carelessness constitute the proximate cause of the collision and the injuries and damages to Plaintiff described herein.

23. As detailed in Paragraphs 12 and 13 of this Complaint, Plaintiff suffered numerous physical and mental injuries.

24. As a proximate result of these injuries, Plaintiff has endured and will continue to endure great pain and suffering, and mental anguish.

25. Plaintiff has expended, and will continue to expend, large sums for medical expenses, and as a proximate result of the negligence of Defendants, and each of them, Plaintiff will continue to incur medical and incidental expenses, the exact amount of which is unknown to Plaintiff at this time.

### THIRD CAUSE OF ACTION – NEGLIGENCE PER SE

**(Against All Defendants)**

26. Plaintiff incorporates by reference each and every prior and subsequent allegation as though fully set forth herein.

27. California Vehicle Code section 21950(a) states: "The driver of a vehicle shall yield the right-of-way to a pedestrian crossing the roadway within any marked crosswalk or within any unmarked crosswalk at an intersection, except as otherwise provided in this chapter."

28. Defendant USA's employee, Jose J. Balerdi, Jr., did so move his vehicle from its direct course when he turned right from Cochran Street onto Galena Avenue, without ensuring no one occupied the pedestrian crosswalk.

29. As a proximate cause of violating California Vehicle Code section 22107, Plaintiff suffered the herein-described injuries when he was struck by the USPS truck, owned and maintained by Defendant USA and operated by Defendant Balerdi.

WHEREFORE Plaintiff, Gavin Dentice, a Minor, by and through his Guardian ad Litem, Tammie Dentice, prays for judgment in his favor and against Defendant United States of America as follows:

A. Compensatory damages, including damages for past and future physical pain and suffering, mental anguish and emotional distress, medical expenses, loss of enjoyment of life, and any other compensatory damages, for each count alleged in the Complaint, and in the total amount of $1,000,000.00;

B. Interest accrued after judgment;

C. Costs of suit;

D. Attorney's fees pursuant to 28 U.S.C. §2412(b);

E. Any other such and further relief as the Court deems just and proper.

## CERTIFICATION AND CLOSING

Under *Federal Rule of Civil Procedure* 11, by signing below, I certify to the best of my knowledge, information and belief that this Complaint: (1) is not being presented for an improper response, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying or reversing existing law; 93) the factual contentions have evidentiary support, or, if specifically so identified,

///
///
///
///
///

- 7 -
COMPLAINT FOR DAMAGES

will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Complaint otherwise complies with the requirements of Rule 11.

DATED:      September 22, 2020

By: _____
ALEXIS DJIVRE
Attorneys for Plaintiff
California Bar #245138
LAW OFFICE OF ALEXIS DJIVRE
1155 N. Central Ave., Ste. 201
Glendale, CA 91202
(213) 700-3436
alexisdjivre@gmail.com